Opinion issued December
15, 2010



In The

Court of Appeals

For The

First District of Texas

————————————

NO. 01-10-01074-CV

———————————

IN RE Northpark office tower, lp, and northpark office tower gp, llc, Relators



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM
OPINION

          By petition for writ of mandamus,
relators, Northpark Office Tower, LP, and Northpark Office Tower GP, LLC, challenge
the trial court’s December 3, 2010 order expediting discovery in the underlying
case.[1] 


          We deny
the petition for writ of mandamus.  All outstanding motions are overruled as
moot.

PER CURIAM

 

Panel consists of Chief Justice
Radack and Justices Massengale and Brown.  

 









[1]           The
underlying case is Star Electricity, L.L.C. d/b/a Startex Power v. Northpark
Office Tower GP, LLC, Northpark Office Tower LP, LLC, and Jetall Companies,
Inc., No. 2010-71330 in the 129th District Court of Harris County, Texas,
the Honorable Michael Gomez presiding.